## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-22601-UU

ERICKA WALKER,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,
d/b/a CREDIT COLLECTION SERVICES

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises.

On January 4, 2018, the Court ordered Plaintiff to show cause in writing by January 10, 2018, as to why this case should not be dismissed for failure to file a timely Interim Joint Status Report or, alternatively, to file the Interim Joint Status Report by that date. D.E. 18. As of January 11, 2018, Plaintiff has neither shown cause in writing as to why this case should not be dismissed for the foregoing reason nor filed the Interim Joint Status Report.

The Eleventh Circuit Court of Appeals has found that a district court does not abuse its discretion when it dismisses a case based on actions "which demonstrate[] a lack of diligence in prosecuting th[e] action or a failure to comply with [the Court's] obligations[.]" *Clark v. Keen*, 346 F. App'x 441, 442 (11th Cir. 2009). Plaintiff has shown a lack of diligence in this case and has failed to comply with this Court's obligations by neither showing cause in writing as to why

this case should not be dismissed for not filing the Interim Joint Status Report, nor filing the report itself. Accordingly, it is hereby

ORDERED AND ADJUDGED that this is case is HEREBY DISMISSED WITHOUT PREJUDICE.

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. All future hearings are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record