UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-22601-UU

ERICKA WALKER,

      Plaintiff,

                v.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES,

      Defendant.

_____/

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 16, 2018

| For Plaintiff Ericka Walker | For Defendant Credit Control Services, Inc. d/b/a Credit Collection Services |
|---|---|
| */s/ Michael Jay Ringelheim* <br> Michael Jay Ringelheim, Esq. <br> RC Law Group, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> mringelheim@gmail.com | */s/ Dale T. Golden* <br> */s/ Charles J. McHale* <br> Dale T. Golden, Esq. <br> Charles J. McHale, Esq. <br> Golden, Scaz Gagain, PLLC <br> 201 North Armenia Avenue <br> Tampa, FL 33609 <br> dgolden@gsgfirm.com <br> cmchale@gsgfirm.com |

## CERTIFICATE OF SERVICE

I certify that on January 16, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Michael Jay Ringelheim*
>Michael Jay Ringelheim
>**RC Law Group, PLLC**
>285 Passaic Street
>Hackensack, NJ 07601
>*Attorneys for Plaintiff*